UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES ("FAMU TRUSTEES"),**

Plaintiff,                                              CASE NO.: 4:10-CV-100-RH-WCS

v.

**RK NETMEDIA, INC., a Florida Corporation, and John/Jane Does 1-8,**

      **Defendants.**
_____/

## CONSENT FINAL JUDGMENT

This action came before the Court on the Parties' Joint Stipulation and Motion for Rendition of Consent Final Judgment, and based thereon it is hereby ORDERED and ADJUDGED that:

1. RK NETMEDIA shall not:

    A. Violate Florida Agricultural and Mechanical University's marks through the sale, offer for sale, manufacture, and distribution of goods or services on the internet;

    B. Make any statements or representation whatsoever, or use any false designation of origin or false description, or perform any act, which is likely to lead the trade or public, or individual members thereof, to believe that any service or product manufactured, distributed, produced or sold by RK NETMEDIA is in any way or manner, associated or connected with Florida Agricultural and Mechanical University, or are sold, manufactured, licensed,

      sponsored, approved, or authorized by Florida Agricultural and Mechanical University; and,

    C. Commit or undertake any action which constitutes an infringement of Florida Agricultural and Mechanical University's trademarks, copyrights or other intellectual property rights.

2. This Consent Final Judgment shall be binding on RK NETMEDIA and its officers, agents, and employees, and on those persons and entities in active concert or participation with RK NETMEDIA who receive actual notice of the provisions contained herein.

3. RK NETMEDIA shall use its reasonable, good faith efforts to attempt to monitor, prevent and stop any and all other persons and entities from displaying the Video or otherwise making available for viewing the Video on any internet website.

4. Within thirty (30) days of the Court's rendition of this Consent Final Judgment, RK NETMEDIA shall:

    A. Destroy all copies of the subject Video in its care, custody or control, except for one (1) copy which shall be retained by its records keeper for purposes of complying with federal law; specifically Title18 U.S.C. § 2257 and 28 C.F.R. § 75.1 et seq.;

    B. Prepare and deliver to Counsel for FAMU TRUSTEES a report in writing under oath setting forth in detail the manner and form of compliance with subparagraph A, above;

    C. Prepare and execute a mutually acceptable perpetual, exclusive, irrevocable worldwide and non-assignable license to FAMU TRUSTEES for the subject Video excepting any and all RK NETMEDIA service and trademarks;

    D. Pay and deliver cleared funds to FAMU TRUSTEES in the total amount of $105,000.00 for the sponsorship of two (2) Scholarships for two (2) "in-state" undergraduate students at Florida Agricultural and Mechanical University by delivery of two (2) equal payments to FAMU TRUSTEES in the amount of fifty-two thousand five hundred dollars ($52,500.00).  The first payment shall be made and delivered within thirty (30) days of rendition of this Consent Final Judgment and the second payment shall be made and delivered within five (5) days of the first anniversary of the delivery of RK NETMEDIA's first payment hereunder; and,

    E. Issue substantially the following press release:  "RK NETMEDIA regrets and apologizes for releasing the video. RK NETMEDIA greatly respects the Florida Agricultural and Mechanical University and is pleased to fully fund two (2) scholarships for two (2) deserving Florida residents."

5. Pursuant to the agreement of the Parties, RK NETMEDIA shall pay a total sum of $15,000.00 to FAMU TRUSTEES within thirty (30) days of the date of this Consent Final Judgment in full satisfaction of any claim for attorneys' fees incurred by FAMU TRUSTEES in the above-styled case.  Other than this payment, each Party shall bear its own costs and attorneys fees.

6. The Doe Defendants are dropped as Parties and this action is dismissed with prejudice.

7. The Court reserves jurisdiction over this action for the purpose of issuing all further Orders necessary to enforce this Consent Final Judgment.

    SO ORDERED on May 6, 2010.

                                         s/Robert L. Hinkle

                                         United States District Judge